Frank Kolos v. The State.

No. 6582.   Decided January 4, 1922.

**Using Abusive Language—Transcript—Practice on Appeal—Final Judgment.**

Where the transcript bears no caption, is not indexed, and contains many instruments not necessary for the transcript, and is totally deficient in that no final judgment or judgment of any kind is shown, the appeal must be dismissed.

Appeal from the County Court of Lavaca.   Tried below before the Honorable J. A. Sommerlatte.

Appeal from a conviction of using abusive language; penalty, a fine of $25.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, Judge.—Conviction is for abusive language, and from some of the recitals in the transcript it appears that a fine of twenty-five dollars was assessed.   The transcript bears no caption, is not indexed, contains many instruments not necessary for the transcript to show, and is totally deficient in that no final judgment, or judgment of any kind is shown.

The appeal is therefore ordered dismissed.

*Dismissed.*